IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOEL NORTON and SANDRA NORTON, ) ) Plaintiffs, ) v. ) ) FOX MOVING AND STORAGE OF ) TENNESSEE, LLC, and RON TARAFA, ) ) Defendants. ) | No. 3:10-00932 JUDGE HAYNES |

## O R D E R

The Court has before it the Magistrate Judge's Report and Recommendation (Docket Entry No. 17) that the Plaintiffs' motion to remand (Docket Entry No. 10) be granted.

After *de novo* review, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Plaintiffs' motion to remand (Docket Entry No. 10) is **GRANTED** and this action is **REMANDED** to the General Sessions Court of Davidson County. Given the Court's lack of subject matter jurisdiction, Defendants' motion to dismiss (Docket Entry No. 21) is **DENIED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ____ day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge